Margaret Henryson, Respondent, v. O. Beck Co., Inc., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Irving Hershenow, Appellant, v. New York Life Insurance Company and Another, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of David Marlow.— Motion granted, the petitioner reinstated, and his name ordered restored to the roll of attorneys. Present — Lazansky, P. J., Young, Scudder and Tompkins, JJ.; Carswell, J., not voting.

In the Matter of the Application of John J. O'Donnell, an Attorney and Counselor at Law, for Admission to the Bar of the State of New York from the State of North Carolina.—Application denied on the ground that the applicant is not qualified under rule II, subdivision 1, of the Rules of the Court of Appeals,* in that he has not actually practiced law for at least five years in the highest court of original jurisdiction in the State in which he was admitted to the bar. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Malco Trading Corporation, Appellant, v. Isidore Albert and Another, Tenants, Respondents; Albfein Interior Decorators, Inc., Undertenant, Respondent.— Motion for reargument of motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Joseph McKee, Respondent, v. Frederick Loeser & Co., Inc., Appellant.— Motion for leave to appeal to the Appellate Division and for a stay granted on condition that within five days from the entry of the order herein the appellant file an undertaking with corporate surety sufficient to secure payment of the judgment and costs in the event that the appeal be decided adversely to the appellant; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

Rosewood Boys, Inc., Respondent, v. Fidelity and Deposit Company of Maryland, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.

Ralph L. Rousseau, Respondent, v. Vincenzo Guardino and John Andrews, Copartners, etc., Appellants.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

---

* See Rules for Admission of Attorneys and Counselors at Law.— [Rep.